## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **BLUESTONE PARTNERS, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CAUSE NO. _____ |
| § | |
| § | |
| **LIFECYCLE CONSTRUCTION** § | |
| **SERVICES, LLC,** § | |
| § | |
| *Defendant*. § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Bluestone Partners, LLC ("Petition" or "Bluestone") files this Original Petition against Defendant Lifecycle Construction Services, LLC ("Defendant" or "Lifecycle"). In support thereof, Plaintiff respectfully shows the Court the following:

### I.    NATURE OF THE ACTION

1.    This is an action for breach of contract and tortious interference with contract after Lifecycle contracted with Bluestone to provide construction services relating to the renovation of the Pililaau Army Recreation Center ("PARC"). Lifecycle abruptly, and improperly, terminated the contract with Bluestone and proceeded to hire Bluestone's subcontractor, who was already under contract with Bluestone, to continue work on the project.

### II.    PARTIES

2.    Plaintiff is **Bluestone Partners, LLC**, a limited liability company, authorized to conduct business in the state of Texas with a place of business located in Grayson County, Texas at 4708 N. FM 1417, Sherman, TX 75092.

3.    Defendant **Lifecycle Construction Services, LLC** is a limited liability company that has its principal address at 1016 Charles St., Fredericksburg, VA 22401 that can be served

with process by serving its registered agent, John F. McManus, at 725 Jackson Street, Ste. 200, c/o Hirschler Fleischer, Fredericksburg, VA 22401, or wherever he may be found.

### III.  JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter herein as the amount in controversy is within the jurisdictional limits of the Court. This Court has personal jurisdiction over Defendants under the Texas long arm statute. Defendants have conducted business in Texas and has otherwise purposefully availed themselves of the benefits of doing business in Texas. Additionally, or in the alternative, Defendants committed a tort in whole or in part in Texas. Defendants are subject to personal jurisdiction in the State of Texas. TEX. CIV. PRAC. & REM. CODE ANN. § 17.042 (West 2015). Venue is proper in the Eastern District of Texas, as a substantial portion of the events giving rise to Plaintiff's causes of action arose in the Eastern District of Texas.

### IV.  STATEMENT OF FACTS

4. Bluestone entered into a contract with Lifecycle on May 20, 2020, to provide labor and equipment to perform renovation to a number of buildings at Pililaau Army Recreation Center ("PARC") located on a military base in Waianae, Hawaii. A copy of the contract is attached as **Exhibit 1 – Contract**. The contract was for a total of $629,500.

5. Lifecycle is known to perform work throughout the Unites States, including Texas.  Indeed, Lifecycle actively markets that it provides services in Texas.

6. Bluestone began work on the PARC project on June 2, 2020, and proceeded to complete work on the project for approximately 82 days, until August 10, 2020.  Specifically, Bluestone provided extensive labor and services related to 14 cabins on the PARC site, Units 17 through 30.

7. On July 9, 2020, at the additional request of Lifecycle, Bluestone and Lifecycle executed a Change Order for an additional $12,138, so that Bluestone could perform an investigative demolition of mold discovered behind the drywall in Units 17 through 30. **Exhibit 2 – Change Order.**

8. Bluestone submitted three invoices to Lifecycle for the months of June, July, and August of 2020. All three remain outstanding.

9. Bluestone completed a large portion of the contract, including 100% of the Change Order work and approximately 1/3 to 1/2 of the work on the remaining areas of PARC. The amounts are comprised of demolitions to existing structures, carpentry, painting of interior and exterior walls and the entirety of the mold removal undertaking.

10. Bluestone subcontracted with EHS to complete finish-out work on the project. The contract with EHS provided "this Subcontract shall be interpreted under the laws of the state of Texas. Furthermore, the venue for any arbitration proceeding or litigation between the parties to this agreement shall be in Grayson County, Texas."

11. Lifecycle was fully aware of Bluestone's agreement with EHS. Throughout EHS's work under Bluestone, Lifecycle was present for meetings and discussions with EHS regarding the project, up to the date of Bluestone's improper termination.

12. After all of Bluestone's work, Lifecycle sent Bluestone a Notice to Cure on August 6, 2020, claiming that Bluestone had violated a number of terms of the contract. **Exhibit 3 – Notice to Cure**. Bluestone disputes that any of the claims are accurate or even material to the contract. Lifecycle suspended Bluestone a mere four days later, on August 10, 2020. **Exhibit 4 – Suspension Letter**.

13. Furthermore, on and around the time unilaterally removing Bluestone from the project, Lifecycle separately engaged and contracted with EHS, the subcontractor Bluestone had

previously retained and was under contract with, to perform the remaining work on the project – all to the exclusion of Bluestone. Lifecycle terminated its contract with Bluestone and engaged EHS intentionally, for its own direct benefit and regarding the same work and project, causing Bluestone substantial additional harm.

## V. CAUSES OF ACTION

10. The factual allegations set forth in the foregoing paragraphs are incorporated herein by reference for all purposes as if set forth in full:

### COUNT 1 – BREACH OF CONTRACT

11. Bluestone and Lifecycle previously entered into a Subcontractor Agreement.

12. The Subcontractor Agreement required Bluestone to provide labor and services on the PARC

13. Bluestone fully performed under the agreement, and/or was excused or otherwise prevented from fully performing under the agreement.

14. Lifecycle has breached the Subcontractor Agreement by refusing to pay Bluestone for the work done, interfering with the work of Bluestone, and improperly terminating the agreement with Bluestone.

15. As a result of these breaches, Bluestone has suffered damages within the jurisdictional limits of this Court.

### Count 2 – Tortious Interference with Contract

16. Bluestone and had a valid and existing sub-contract with EHS as part of the work Bluestone was conducting on PARC.

17. Lifecycle was aware of Bluestone's contract with EHS.

18. Lifecycle intentionally and improperly terminated Bluestone, then directly engaged EHS for the same project, purportedly agreeing to pay EHS directly instead of Bluestone for work already performed, and materially disrupting Bluestone's contract with EHS.

19. Bluestone has suffered monetary damages as a result of this interference.

## VI.   CONDITIONS PRECEDENT

20. All conditions precedent to Plaintiff's right to bring the above causes of action, and for recovery requested herein, have been performed or otherwise already occurred.

## VII.   ATTORNEY'S FEES

21. Plaintiff seeks attorney's fees as provided under §11.6 of the Contract.

## VIII.   PRAYER

22. **WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests Defendant be cited to appear and answer, and that upon final hearing, Plaintiff have the following:

   a. Plaintiff be granted judgment against Defendant for damages within the jurisdictional limits of this Court;

   b. Plaintiff be granted judgment against Defendant for reasonable and necessary attorney's fees, costs of suit, and prejudgment and post-judgment interest, and

   c. Plaintiff be granted such other relief, at law or in equity, as is just and proper.

Respectfully submitted,

**SCHEEF & STONE, LLP**

*/s/ Mark L. Hill*
**MARK L. HILL**
State Bar No. 24034868

mark.hill@solidcounsel.com
2600 Network Blvd., Suite 400
Frisco, Texas 75034
Tel.:   (214) 472-2100
Fax:   (214) 472-2150

**ANNA REBECCA SKUPIN**
State Bar No. 24084272
becca.skupin@solidcounsel.com
200 N. Travis St., Ste. 402
Sherman, TX 75090
Tel.: (430) 262-5660

*ATTORNEYS FOR PLAINTIFF*
*BLUESTONE PARTNERS, LLC*